Generated: Jan 31, 2024 3:28PM                                                                                       Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: Jan 31, 2024 3:28PM

Anton Aleric Ewing
3077 B Clairemont Dr Apt 372
San Diego, CA 92117

Rcpt. No: 151093                    Trans. Date: Jan 31, 2024 3:28PM                    Cashier ID: #JaCl

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS324CV000206 | 1 | 405.00 | 405.00 |
| 200 | Civil Filing Fee- Non-Prisoner | DCAS324CV000207 | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $810.00 |

|  | |
|---|---|
| Total Due Prior to Payment: | $810.00 |
| Total Tendered: | $810.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.