UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK,<br><br>                      Plaintiff,<br><br>v.<br><br>EC VENTURES CORP, ET AL.,<br><br>                     Defendants. | Case No.: 3:24-CV-00207-JO-BGS<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR A TELEPHONIC CONFERENCE BEFORE THE COURT** |

On March 11, 2024, Plaintiff submitted a statement to the Court's efile account in which she cited from Chambers Rules that "[i]f a party is unresponsive to a request to meet and confer, after 48 hours, contact chambers and the Court will issue an order setting a telephonic conference with the research attorney assigned to the case." *See* Judge Skomal's Chambers Rules, Section (V)(A). Plaintiff seeks to complete the parties' Federal Rule of Civil Procedure 26(f) conference. According to Plaintiff's statement, counsel for Defendants "was asked to meet and confer more than 96 hours ago and he is refusing to meet and confer by not responding to said written request," and although Plaintiff had "sent him several requests," "[a]ll have been ignored." Plaintiff requests a telephonic conference before the Court with Defendants' counsel to discuss the alleged refusal of Defendants' counsel to meet and confer regarding the Rule 26(f) conference.

As Plaintiff provides in her statement, under Rule 26(f), "the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Fed. R. Civ. P. 26(f). Furthermore, Rule 37(f), which addresses sanctions for the failure to cooperate in discovery, provides that "[i]f a party or its attorney fails to participate in good faith in developing and submitting a proposed discovery plan as required by Rule 26(f), the court may, after giving an opportunity to be heard, require that party or attorney to pay to any other party the reasonable expenses, including attorney's fees, caused by the failure." Fed. R. Civ. P. 37(f).

The parties' deadline to conduct a conference under Rule 26(f) is now June 5, 2024.[1]  Thus, under Rule 26(f), the parties must confer no later than 21 days before June 5, 2024.  Plaintiff's request for a telephonic conference to discuss the alleged failure to confer by Defendants' counsel as required by Rule 26(f) is, therefore, premature.

**IT IS SO ORDERED.**

Dated:  March 18, 2024

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] The Rule 26(f) Conference had been set for May 10, 2024 (ECF 6), but due to a conflict in the Court's schedule with the Case Management Conference being reset, the Rule 26(f) conference was reset to June 5, 2024 (ECF 7).